UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAVINDRA NANDA,<br>**Plaintiff** | : |
| Vs. | :    C.A. NO. |
| JANE DOROTHY, DMD<br>a/k/a JANE DOE<br>**Defendants** | :<br>:<br>:    FEBRUARY 13, 2017 |

## COMPLAINT

### INTRODUCTION

1. This is a diversity action brought to redress malicious and false defamatory statements and invasion of privacy under Connecticut law.

### JURISDICTION

2. Jurisdiction is based on the diversity of citizenship of the parties pursuant to 28 U.S.C. § 1332.

### PARTIES

3. Plaintiff Ravindra Nanda, BDS, MDS, PhD, is a citizen of the State of Connecticut and at all times relevant to this complaint is the UConn Orthodontic Alumni Endowed Chair, Professor and Head Department of Craniofacial Sciences, and Chair, Division of Orthodontics at the University of Connecticut School of Dental Medicine. Dr. Nanda has been employed by the University of Connecticut for more than 40 years and has established a world-renowned reputation in his field.

4. Defendant Jane Dorothy, DMD, a/k/a Jane Doe is, by her own description, a recent graduate of the University of Connecticut Dental School of Medicine and is

currently admitted to a residency program at a dental Orthodontic Program outside the State of Connecticut. Jane Dorothy DMD is a fictitious name masking the true identity of Defendant as set forth herein.

5. Defendant Jane Dorothy DMD uses the email address of JaneDoe@xtcmail.com.

## FACTUAL BACKGROUND

6. Commencing in July of 2015, and continuing to the date of the filing of this complaint, Jane Dorothy DMD has been sending email communications to governmental agencies, such as the Department of Justice, professional organizations, such as the American Dental Education Association, the American Dental Association, the American Association of Orthodontists, the Commission on Dental Accreditation, and education institutions, such as the University of Connecticut and numerous universities in the United States and internationally containing false and malicious statements regarding Plaintiff.

9. On July 12, 2015, Defendant Jane Dorothy DMD sent separate emails to the entities set forth above in paragraph 8, and to Susan Herbst, President of the University of Connecticut, copied to Andrew Agwunobi, Executive Vice President and Dean of the University of Connecticut School of Medicine, and to Mun Choi, Provost of the University of Connecticut, stating there was "Corrupt Residence Admission at UCONN Orthodontics." The email described the bypassing of institutional rules to allow the admission of one resident and the procurement of a bribe to allow the admission of another resident.

10. At the conclusion of the email to President Herbst dated July 12, 2015, Jane Dorothy DMD made clear that the writer was not a resident of the State of Connecticut with a post script which stated: "Please forgive me for not using the real name. The department head at UConn orthodontics is a close friend of the program director of my new residency program. Therefore, I want to avoid any retaliation that could result from this complaint." There is no Orthodontic residency program in the State of Connecticut other than the one located at the University of Connecticut Dental School of Medicine.

11. On July 21, 2015, Jane Dorothy DMD sent a "Strictly Confidential" email communication to President Herbst and Provost Choi with the subject line, "Corrupt Residency Admissions." In that email, Jane Dorothy DMD stated that a resident recently admitted to the Orthodontics Program told a friend three months ago that one of the faculty members "asked for $60,000" to admit the resident saying that "he needs to share part of this money with the program director and department head." The email also stated that admission to the residency program should be based on merit "rather than the amount of money the applicant is willing to pay."

12. On September 18, 2015, the University of Connecticut's Office of Audit, Compliance and Ethics, having investigated the claims made by Jane Dorothy DMD, informed Jane Dorothy DMD that the Orthodontics Program admission practices followed all the rules and requirements.

13. On September 9, 2016, Defendant Jane Dorothy DMD sent an email to President Herbst with the subject line "Academic Corruption at UConn Orthodontics."

14. The September 9, 2016 email stated: "I wish to draw your attention to academic theft and academic corruption committed by Dr. Ravindra Nanda, the Head of Orthodontics at the University of Connecticut…." The email then continued, "**Academic Theft** Dr. Nanda and Dr. Uribe recently published a book titled "**Atlas of Complex Orthodontics**". However 95% of this book was written by …" a resident who was promised co-authorship but told afterwards that department policy would only allow an acknowledgement. The email claimed, "**This is a clear case of academic theft and abuse of power.**" These two senior authors are avaricious but were too lazy to put in any hardwork [sic] into writing the book. Instead, they relied on power asymmetry and coercion to seize the intellectual property of their subordinate." The email continued with the claim that Dr. Nanda would use connections to pressure the resident to remain silent but Jane Dorothy DMD has an email from the affected resident and will release the email upon consent.

15. The September 9, 2016 email further stated: "**Academic Corruption** Dr. Nanda recently admitted his grandniece into the residency program at UConn. However, Dr. Nanda and Dr. Uribe manipulated the whole admission process to ensure [her] selection."

16. The September 9, 2016 email then described what happened in the interview process as follows: "Dr. Nanda posed questions that contravene the diversity and

sexual harassment policy at UConn." This false statement then referred to a question allegedly posed by Dr. Nanda to candidate from Thailand regarding dating preference for Hollywood actresses and the reason why, followed by an accusation that Dr. Nanda supports the "sexual objectification of women."

17. The September 9, 2016 email further stated that after interviews for residency positions, Dr. Nanda called around to other universities and found out that his grandniece's chances were low, so "Dr. Nanda and Dr. Uribe decided to rank [her] as number 2 in the UConn's list submitted to the National Matching Services (i.e. MATCH)." Dr. Nanda then allegedly told his grandniece so she could adjust her ranking preferences according to the email

18. The September 9, 2016 email further stated that Dr. Nanda's recruiting of his grandniece violated UConn's Policy on Nepotism.

19. The September 9, 2016 email further stated that Dr. Nanda admitted another resident who never went through the MATCH process.

20. The September 9, 2016 email concluded: "Thus, it is clear that Dr. Nanda and Dr. Uribe are using residency interviews to recruit their relatives and cronies or foreign-trained orthodontists (as minions to work in their faculty practice.)"

21. On December 11, 2016 Jane Dorothy DMD sent another email to President Herbst and senior UConn administration officials, including the Provost Choi, Executive Vice President and Dean Agwunobi, and the Dean of the Dental School of Medicine Monty MacNeil with the subject "Academic Corruption at UConn Orthodontics."

22. The December 11, 2016 email from Jane Dorothy DMD refered to the prior email claiming irregularity in Dr. Nanda's admitting his grandniece to UConn Orthodontics Program.

23. The December 11, 2016 email from Jane Dorothy DMD then stated that Dr. Nanda acted inappropriately in connection with the admission of yet another resident to the University of Connecticut based on a relationship with Dr. Nanda's great nephew.

24. The December 11, 2016 email from Jane Dorothy DMD next complained about a supplemental admission fee of $75 charged to candidates for the residency program, while bemoaning that celery and carrots were served at social events, and then claimed "that Nanda and Uribe are using the residency interviews as a money-making scam by offering 'carrots' to innocent applicants."

25. The December 11, 2016 email from Jane Dorothy DMD concluded "These students were unaware that Nanda and Uribe selected their preferred candidates prior to this sham interview."

26. On December 18, 2016 Jane Dorothy DMD sent an email to Executive Vice President and Dean Agwunobi, with copies to UConn senior administrators, including President Herbst, Provost Choi, and Dean MacNeil. The email referred to the University's Whistleblower Policy and a meeting hosted by the Chief Resident to address fabricated stories. The emails stated that Dr. Nanda was using the Chief Resident "to create fiction and fear among residents, in order to prevent information leakage about corruption in the department."

27. On January 17, 2017 and January 20, 2017, emails were sent to Jane Dorothy DMD requesting that the writer of the Jane Doe emails identify herself so that adequate notice of suit could be provided to the real party in interest. As of the date of this complaint Jane Dorothy DMD has not responded with identifying information.

28. On January 27, 2017 Helen Metherell, Journal Development Editor, BioMed Central, Ltd. Located in London, United Kingdom, advised Plaintiff of receipt of same claims that appeared in Jane Dorothy DMD's email to President Herbst on December 11, 2016.

29. Defendant Jane Dorothy DMD has falsely, intentionally, and maliciously claimed as matters of fact that Plaintiff (1) violated the rule of admission of the Orthodontic Program and solicited a bribe in the amount of $60,000, (2) engaged in Academic Theft in connection with the publication of the *"Atlas of Complex Orthodontics,"* (3) engaged in Academic Corruption and violated the University of Connecticut's Nepotism Policy in the admission of his grandniece and in the admission of a friend of his great nephew, (4) violated the University of Connecticut's sexual harassment and diversity guideline in the admissions process by sexually objectifying women, (5) was engaged in a money making scam connected to the admission process in the Orthodontics Program, and (6) had created an atmosphere of fear in order to prevent leaking information about corruption in violation of the whistleblower laws applicable to the University of Connecticut.

30. Defendant Jane Dorothy DMD published these false claim broadly using emails that were sent over the internet to senior administrative officials at the University of Connecticut as well as to governmental agencies such as the Department of Justice, professional organizations such as the American Dental Education Association, the American Dental Association, the American Association of Orthodontists, the Commission on Dental Accreditation, education institutions such as the University of California Los Angeles and publishers such as BioMed Central, Ltd. London, United Kingdom.

31. By virtue of the Defendant's false and malicious actions calling into question Plaintiff's integrity and accusing Plaintiff of violations of various laws, civil and criminal, Plaintiff's reputation has been damaged.

32. The false impression Defendant created regarding the Plaintiff would be highly offensive to a reasonable person.

33. Defendant's conduct invaded Plaintiff's right to privacy and placed him in a false light to the public.

34. As a result of Defendant's conduct, Plaintiff has and continues to suffer damages, including physical illness, mental anguish, emotional distress, humiliation and embarrassment, loss of enjoyment of life and harm to his reputation.

**COUNT TWO:**

1-31. Paragraphs 1 through 31 are incorporated herein by reference and though more fully set forth herein.

32. Defendant has published false information regarding Plaintiff harmful to Plaintiff's reputation relating to his integrity and competence in the performance of his duties and accused Plaintiff of engaging in violation of state and federal laws, including participation in schemes and scams amounting to criminal activity. Such claims are *per se* defamatory.

33. As a result of Defendant's defamatory conduct, Plaintiff has and continues to suffer damages, including physical illness, mental anguish, emotional distress, humiliation and embarrassment, loss of enjoyment of life and harm to his reputation.

**WHEREFORE**, the Plaintiff demands a trial by jury and judgment against Defendant as follows:

1. Economic and Non-Economic damages including, but not limited to: compensatory damages for emotional distress, harm to reputation, and loss of enjoyment of life;

2. Punitive damages pursuant Connecticut's common law;

3. Interest and costs; and

4. Such other further monetary or injunctive relief as this Court deems necessary and proper.

Dated at New London, Connecticut this 13th day of February 2017.

                PLAINTIFF
                RAVINDRA NANDA

By: _____
        Jacques J. Parenteau (ct09771)
        Madsen Prestley & Parenteau, LLC
        105 Huntington Street
        New London, CT 06320
        Tel: (860) 442-2466
        Fax: (860) 447-9206
        Email: jparenteau@mppjustice.com